**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| XODUS MEDICAL, INC. ALESSIO PIGAZZI and GLENN KEILAR,<br>Plaintiffs,<br>v.<br>PRIME MEDICAL LLC and SYMMETRY SURGICAL INC.,<br>Defendants.<br>******************** | ) | Civil Action<br><br>No. 3:18-cv-00413-TWP-JPM |
| XODUS MEDICAL, INC. ALESSIO PIGAZZI and GLENN KEILAR,<br>Plaintiffs,<br>v.<br>PRIME MEDICAL LLC and SYMMETRY SURGICAL INC.,<br>Defendants.<br>******************** | ) | No. 3:18-cv-00414-TWP-JPM |
| XODUS MEDICAL, INC. ALESSIO PIGAZZI and GLENN KEILAR,<br>Plaintiffs,<br>v.<br>G&T INDUSTRIES, INC.<br>Defendant. | ) | No. 3:18-cv-00415-TWP-JPM<br><br>Judge Jon P. McCalla<br>Mag. Judge H. Bruce Guyton |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs Xodus Medical, Inc., Alessio Pigazzi, and Glenn Keilar (collectively, "Plaintiffs"), move for a Partial Motion for Summary Judgment that Defendants are liable for infringement of a certain subset of the claims that are asserted in this action, namely claims 1-4, 9, 10, 12-14, 17-20, 23, 24, and 26 of U.S. Patent No. 8,511,314 (the "'314 Patent"); claims 10 and 11 of U.S. Patent No. 8,464,720 (the "'720 Patent"); and claims 1-4, 6-8, 11-14, 17, 18, and 20 of U.S. Patent No. 9,161,876 (the "'876 Patent") (respectively, the "Subject Claims" of the "Patents-in-Suit") either directly or as inducing infringement due to a failure of the Defendants to assert any legally viable non-infringement theory with respect to the Subject Claims of the Patents-in-Suit.

Plaintiffs further move for partial summary judgment that the Asserted Claims[1] are not invalid as being anticipated, and are not indefinite.

In support of this motion, Plaintiffs file simultaneously herewith its MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT, and seeks an order from the Court granting the same.

Respectfully submitted,

**THE WEBB LAW FIRM**

Dated: October 15, 2021

*s/ Thomas C. Wolski*
Kent E. Baldauf, Jr. (*Admitted PHV*)
Thomas C. Wolski (*Admitted PHV*)
Anthony W. Brooks (*Admitted PHV*)
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
twolski@webblaw.com
ddumont@webblaw.com

*AND*

R. Bradford Brittian (TN No. 007130)
John T. Winemiller (TN No. 021084)
Ian G. McFarland (TN No. 030549
**MERCHANT & GOULD P.C.**
800 S. Gay Street
Suite 2150
Knoxville, TN 37929
865.380.5960
612.332.9081 (fax)
bbrittian@merchantgould.com
jwinemiller@merchantgould.com
imcfarland@merchantgould.com
*Attorneys for Plaintiffs*

[1] The "Asserted Claims" are claims 1-4, 9-10, 12-14, 17-20, 23-24, and 26 of the '314 Patent, claims 1, 2, 4, 6-8, and 10-12, of the '720 Patent, and claims 1-4, 6-8, 11-14, 17-18, and 20 of the '876 Patent.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of October, 2021, I electronically filed the foregoing **PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which sent notification to all counsel of record.

**THE WEBB LAW FIRM**

s/ *Thomas C. Wolski*
Thomas C. Wolski